*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stream TV Networks, Inc. and Technovative Media, Inc. <br>     Debtor(s) | Case No. 23–10763–djb <br> Chapter 11 |
| Visual Semiconductor, Inc. <br>     Plaintiff(s) | Adversary No. 25–00197–djb |
| v. | |
| Rembrandt 3D Holding Ltd., et al. <br>     Defendant(s) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before October 3, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before October 8, 2025.

    Address of the clerk                                                        Eastern District of Pennsylvania
                                                                                      900 Market Street
                                                                                      Suite 400
                                                                                      Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney                    MATTHEW B WEISBERG
                                                                                      Weisberg Law
                                                                                      7 SOUTH MORTON AVENUE
                                                                                      MORTON, PA 19070

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                              For The Court

                                                                                              Mohung Wong
                                                                                              Clerk of Court

Date: September 3, 2025