# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VISUAL SEMICODUCTOR, INC.**<br><br>    **Plaintiff**<br><br>  v.<br><br>**REMBRANDT 3D HOLDING, LTD.; STEPHEN K. BLUMENTHAL; STREAM TV NETWORKS, INC.; WILLIAM A. HOMONY, IN HIS OFFICIAL CAPACITY AS TRUSTEE AND INDIVIDUALLY (AS *ULTRA VIRES*); SEECUBIC, INC.; SHADRON L. STASTNEY; HAWK INVESTMENT HOLDINGS LIMITED; ARTHUR LEONARD ROBERT MORTON; AND SEECUBIC B.V.**<br><br>    **Defendants** | Chapter 11<br><br>Bky No. 23-10763 (DJB)<br><br>Adv. No. 25-00197 (DJB) |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF PAPERS PURSUANT TO §1109(b) OF
### THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002

NOTICE IS HEREBY GIVEN, pursuant to §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Daniel Joseph Rink, Esquire hereby appears on behalf of Visual Semiconductor, Inc. in the above-captioned Chapter 11 case.

NOTICE IS FURTHER GIVEN that Daniel Joseph Rink requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees of their authorized agents and to creditors and equity security holders who file with the Court a request that all

notices be mailed to them) be given to and served upon the following:

>Daniel Joseph Rink, Esquire
>1017 E. 28th Street
>Houston, TX 77009
>Telephone: (610) 220-0206
>Email: dan.rink@visualsemi.com

NOTICE IF FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or property of such debtor.

Dated: September 11, 2025                                DANIEL JOSEPH RINK


>By: */s/ Daniel Joseph Rink*_____
>
>Daniel Joseph Rink, Esquire (PA #21258)
>1017 E. 28th Street
>Houston, TX 77009
>Telephone: (610) 220-0206
>Email: dan.rink@visualsemi.com
>
>Attorney for Visual Semiconductor, Inc.