United States Bankruptcy Court

Eastern District of Pennsylvania

Visual Semiconductor, Inc.,
    Plaintiff

Rembrandt 3D Holding Ltd.,
    Defendant

Adv. Proc. No. 25-00197-djb

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2025 | Form ID: 201 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Visual Semiconductor, Inc., c/o Mathu Rajan, 1105 William Penn Drive, Bensalem, PA 19020-4376 |
| dft | + | William F. Homony, 83 Indian Rock Dr., Springfield, PA 19064-3339 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: james.gannone@usdoj.gov | Sep 10 2025 00:40:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 10 2025 00:40:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Rembrandt 3D Holding Ltd. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 09, 2025 | Form ID: 201 | Total Noticed: 4

**below:**

| **Name** | **Email Address** |
|---|---|
| MATTHEW B WEISBERG | on behalf of Plaintiff Visual Semiconductor Inc. mweisberg@weisberglawoffices.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

Visual Semiconductor, Inc. v. Rembrandt 3D Holding Ltd. et al

    Debtor(s)

| | |
|---|---|
| Visual Semiconductor, Inc. | : |
|     Plaintiff(s) | |
| −v− | :    Bankruptcy No. 23−10763−djb |
| Rembrandt 3D Holding Ltd. | |
|     Defendant(s) | Adversary No. 25−00197−djb |

### *ORDER*

    AND NOW, this day September 9, 2025 , this Court having implemented its electronic filing system on April 1, 2003 pursuant to Standing Order;

    And on October 19, 2004 an amendment of the Standing Order providing that as of January 15, 2005 all attorneys shall file all documents electronically unless a prior waiver or extension of the mandatory electronic filing deadline has been secured;[1]

    And it appearing that a document styled " First Amended Complaint " has not been filed electronically and no waiver or extension of the electronic filing requirement has been secured;

    And such non−complying document has been noted on the docket of this Court but has not been filed in the Court's electronic data base;

    It is hereby ORDERED that no judicial action shall be taken in connection with a non−complying document and any filing fee accompanying such non−complying document will be contemporaneously returned;

    And it is further ORDERED that the non−complying document will be stricken from the docket unless within fourteen (14) days the document and applicable filing fee are submitted in compliance with the Standing Order of this Court.

_____

  [1] *On December 1, 2003 an amendment of the Standing Order required that any attorney who was not filing electronically file any paper document accompanied by a disc in PDF format and that the failure to do so would result in the striking of such document from the court record upon notice and opportunity to cure. As of that date the Court's document data base has been maintained electronically.*

                                                              By The Court

                                                               Derek J Baker
                                                               Judge, United States Bankruptcy Court