# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>    Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.;<br>WILLIAM A. HOMONY, INDIVIDUALLY<br>(AS ULTRA VIRES), AND, AS JOHN DOE 2,<br>IN HIS OFFICIAL CAPACITY AS TRUSTEE;<br>AND JOHN DOES (MORE FULLY SET<br>FORTH BELOW)<br><br><br>    Defendants | Chapter 11<br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br>**Adversary Proceeding** |

## Counsel (Movant) and Plaintiff's Request to Adjourn Hearing re Motion of Counsel to Withdraw as Counsel to Visual Semiconductor, Inc. ("VSI")

To the Clerk:

    Counsel (Movant) and Plaintiff respectfully request this Court to adjourn the September 30, 2025, hearing upon the above-referenced motion (solely as to the above caption) for thirty days or so as convenient to the Court.

                                                  **Weisberg Law**

                                                  */s/ Matthew B. Weisberg*
                                                  Matthew B. Weisberg, Esquire
                                                  L. Anthony DiJiacomo, III, Esq.
                                                  *Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>　　　　Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.;<br>WILLIAM A. HOMONY, INDIVIDUALLY<br>(AS ULTRA VIRES), AND, AS JOHN DOE 2,<br>IN HIS OFFICIAL CAPACITY AS TRUSTEE;<br>AND JOHN DOES (MORE FULLY SET<br>FORTH BELOW)<br><br><br>　　　　Defendants | Chapter 11<br><br><br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br><br>**Adversary Proceeding** |

## **CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 29th day of September 2025, a true and correct copy of the foregoing Request to Adjourn Hearing was served via e-filing on all counsel of record:

ANDREW J. BELLI
Coren & Ress, PC
2001 Market Street, Suite 3900
Philadelphia, PA 19103
abelli@kcr-law.com

STEVEN M. COREN
Coren & Ress, P.C.
2001 Market Street
Two Commerce Square, Suite 3900
Philadelphia, PA 19103
scoren@kcr-law.com

EDMOND M. GEORGE
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

MICHAEL D. VAGNONI
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

Dan Rink, Esq.
Dan.rink@visualsemi.com

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esq.
*Attorneys for Plaintiff*