**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br> **STREAM TV NETWORKS, INC., et al.,** <br><br> **Debtors.** | **CHAPTER 11** <br><br> **Bankr. No. 23-10763 (DJB)** <br><br> **(Jointly Administered)** |
| **VISUAL SEMICONDUCTOR, INC.,** <br><br> **Plaintiff,** <br> **v.** <br><br> **REMBRANDT 3D HOLDING, LTD., et al.,** <br><br> **Defendants.** | **Adv. No. 25-00197 (DJB)** |

**CHAPTER 11 TRUSTEE'S 12(b)(6) MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

William A. Homony, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative", and collectively with Stream, the "Debtors"), by and through his undersigned counsel and for the reasons discussed in detail in the memorandum of law being filed contemporaneously herewith, hereby moves this Honorable Court, pursuant to Rule 12 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, to dismiss the First Amended Complaint (Adv. D.I. #7) filed against him and Debtor Stream TV Networks, Inc. in the above-captioned adversary proceeding by plaintiff Visual Semiconductor, Inc.

Pursuant to Local Rule 9014-3(b)(2), for purposes of this Adversary Proceeding, the Trustee consents to entry of a final order or judgment by the Bankruptcy Court if it is determined that the court cannot enter a final order or judgment consistent with Article III of the United States Constitution.

Respectfully submitted,

Dated: October 13, 2025

By: */s/ Steven M. Coren*
Steven M. Coren, Esquire
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700

and

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066

*Counsel to the Chapter 11 Trustee*

2