**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**STREAM TV NETWORKS, INC., et al.,**<br><br>Debtors. | **CHAPTER 11**<br><br>Bankr. No. 23-10763 (DJB)<br><br>**(Jointly Administered)** |
| **VISUAL SEMICONDUCTOR, INC.,**<br><br>Plaintiff,<br>v.<br><br>**REMBRANDT 3D HOLDING, LTD., et al.,**<br><br>Defendants. | Adv. No. 25-00197 (DJB) |

**NOTICE OF MOTION AND RESPONSE DEADLINE**

William A. Homony, in his capacity as Chapter 11 Trustee (the "Trustee" or "Plaintiff") for Stream TV Networks, Inc. and Technovative Media Inc. (the "Debtors"), has filed a Motion to Dismiss against Plaintiff Visual Semiconductor, Inc. ("Plaintiff").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **November 3, 2025, you or your attorney must file a response to the Motion.** (*see Instructions on next page*).

3. **If you do not file a response to the Motion,** the court may enter an order granting the relief requested in the Motion.

4. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

5. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

6. **If you are not required to file electronically,** you must file your response

   > at  Clerk
   > United States Bankruptcy Court
   > For the Eastern District of
   > Pennsylvania  Robert N.C. Nix
   > Building, Suite 400  900 Market
   > Street
   > Philadelphia, PA 191037

7. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it  early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

8. On the same day that you file or mail your Response to the Motion, you must mail or  deliver a copy of the Response to the movant's attorney(s):

   > Steven M. Coren, Esquire
   > COREN & RESS, P.C.
   > Two Commerce Square, Suite 3900
   > 2001 Market Street
   > Philadelphia, PA 19103
   > Telephone: (215) 735-8700
   >
   >  and
   >
   > Michael D. Vagnoni, Esquire
   > Edmond M. George, Esquire
   > OBERMAYER REBMANN MAXWELL & HIPPEL LLP
   > Centre Square West
   > 1500 Market Street, Suite 3400
   > Philadelphia, PA 19102
   > Telephone: (215) 665-3066

Date: October 13, 2025