IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Stream TV Networks, Inc. et al.,[1]
Jointly Administered
Debtors

VISUAL SEMICONDUCTOR, INC.

Plaintiff

v.
REMBRANDT 3D HOLDING, LTD.;
STEPHEN K. BLUMENTHAL; STREAM
TV NETWORKS, INC.; WILLIAM A.
HOMONY, IN HIS OFFICIAL CAPACITY
AS TRUSTEE AND INDIVIDUALLY (AS
ULTRA VIRES); SEECUBIC, INC.;
SHADRON L. STASTNEY; HAWK
INVESTMENT HOLDINGS LIMITED;
ARTHUR LEONARD ROBERT
MORTON; AND SEECUBIC B.V.

Defendants

Chapter 11
Bky No. 23-10763 (DJB)[1]
Adv. No. 25-00197 (DJB)

**NOTICE OF RETIREMENT FROM THE PRACTICE OF LAW**

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 219(i) of the Pennsylvania Rules of Disciplinary Enforcement, the undersigned attorney hereby gives formal notice of retirement from the practice of law, effective immediately on October 14, 2025.

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1. The undersigned, DANIEL JOSEPH RINK, Attorney I.D. No. 21258, has been admitted to practice before the Supreme Court of Pennsylvania and before this Court.

2. Effective October 14, 2025, the undersigned has elected Retired Status pursuant to Pa. R.D.E. 219(i), and will no longer engage in the practice of law in any capacity, paid or unpaid.

3. In accordance with Pennsylvania Rule of Professional Conduct 1.16(d), all clients have been notified in writing of the attorney's retirement, given reasonable opportunity to obtain new counsel, and have been provided access to their client files and property.

4. There are no active client trust accounts or IOLTA accounts maintained by the undersigned, and all fiduciary obligations have been concluded in compliance with Rule 1.15 of the Pennsylvania Rules of Professional Conduct.

Accordingly, the undersigned respectfully requests that the Court update its records to reflect this retirement and remove the undersigned as counsel of record in all pending matters effective the date of this notice.

Respectfully submitted,

*Dated: October 14, 2025*

/s/ DANIEL JOSEPH RINK
DANIEL JOSEPH RINK, Esq.
Pennsylvania Attorney I.D. No. 21258
1017 E. 28th Street
Houston, TX 77009
stanrink@aol.com
(610) 220-0206

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2025, I served a true and correct copy of the foregoing Notice of Retirement from the Practice of Law upon all counsel of record and interested parties via ECF electronic service and/or first-class mail, in accordance with the applicable Rules of Court.

/s/ DANIEL JOSEPH RINK

Daniel Joseph Rink, Esquire