**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

Stream TV Networks, Inc. et al.,*1*
Jointly Administered
Debtors

VISUAL SEMICONDUCTOR, INC.

Plaintiff

v.
REMBRANDT 3D HOLDING, LTD.;
STEPHEN K. BLUMENTHAL; STREAM
TV NETWORKS, INC.; WILLIAM A.
HOMONY, IN HIS OFFICIAL CAPACITY
AS TRUSTEE AND INDIVIDUALLY (AS
ULTRA VIRES); SEECUBIC, INC.;
SHADRON L. STASTNEY; HAWK
INVESTMENT HOLDINGS LIMITED;
ARTHUR LEONARD ROBERT
MORTON; AND SEECUBIC B.V.

Defendants

Chapter 11
Bky No. 23-10763 (DJB) *1*
Adv. No. 25-00197 (DJB)

**ORDER**

AND NOW, this ____ day of _____ 2025, upon consideration Visual

Semiconductor, Inc.'s Counsel's Expedited Motion to Withdraw as Counsel with Immediate

Effect, and any response thereto, it is hereby ORDERED and DECREED that Counsel's Motion

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

Is GRANTED, and the Clerk shall mark Plaintiffs' Counsel's – DANIEL JOSEPH RINK – representation as TERMINATED.

This action is immediate from the date of entry of this Order.

BY THE COURT:

_____

Hon. Derek J. Baker U.S.D.J.

# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Stream TV Networks, Inc. et al.,[1]
Jointly Administered
Debtors

VISUAL SEMICONDUCTOR, INC.

Plaintiff

v.

REMBRANDT 3D HOLDING, LTD.;
STEPHEN K. BLUMENTHAL; STREAM
TV NETWORKS, INC.; WILLIAM A.
HOMONY, IN HIS OFFICIAL CAPACITY
AS TRUSTEE AND INDIVIDUALLY (AS
ULTRA VIRES); SEECUBIC, INC.;
SHADRON L. STASTNEY; HAWK
INVESTMENT HOLDINGS LIMITED;
ARTHUR LEONARD ROBERT
MORTON; AND SEECUBIC B.V.

Defendants

Chapter 11
Bky No. 23-10763 (DJB) [1]
Adv. No. 25-00197 (DJB)

## VISUAL SEMICONDUCTOR, INC.'S COUNSEL'S EXPEDITED MOTION TO WITHDRAW AS COUNSEL WITH IMMEDIATE EFFECT

Visual Semiconductor, Inc.'s undersigned counsel, Attorney DANIEL JOSEPH RINK

("Undersigned Counsel"), hereby bring this Motion for Leave to Withdraw as Counsel for

Plaintiff for the following reasons:

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1. This expedited motion for leave to withdraw as Counsel is submitted requesting immediate effect.

2. A similar motion will be contemporaneously submitted in parallel pending matters.

3. Undersigned Counsel additionally submits this motion subject to Rule of Professional Conduct 1.16(a)(1) ("mandatory withdrawal").

4. Pursuant to Rule of Professional Conduct 1.16(b)(1), a "lawyer may withdraw from representing a client if ... withdraw can be accomplished without material adverse effect on the interests of the client." Pa.R.P.C. 1.16(b)(1). Undersigned Counsel recognizes that client Visual Semiconductor, Inc. is already represented by esteemed counsel of record Weisberg Law, and there should be no question that client Visual Semiconductor, Inc. will be more than fully, professionally and adequately represented upon the retirement of Undersigned Counsel.

5. Pursuant to Rule of Professional Conduct 1.16(b)(7), a "lawyer may withdraw from representing a client if ... other good cause for withdrawal exists." Pa. R.P.C. 1.16(b)(7).

6. Undersigned Counsel has noticed the client Visual Semiconductor, Inc., the Court, all Counsel of record and the Pennsylvania Supreme Court's Disciplinary Board and Attorney Registration Office that he has retired from the practice of law as Pennsylvania Attorney Number 21258 effective immediately as of October 14, 2025.

7. Undersigned Counsel respectfully submits to this Honorable Court that each of the foregoing basis are satisfied here and warrant leave of this Honorable Court for Undersigned Counsel to withdraw.

8. Should this Honorable Court require detailed information, an ex-parte, off-the-record conference is requested so that Undersigned Counsel may abide by Rule 1.6 (Confidentiality of Information) and Rule 3.3 (Candor Toward the Tribunal).

9. Undersigned Counsel respectfully requests this Honorable Court grant Visual Semiconductor, Inc.'s Undersigned Counsel leave to withdraw as Counsel for Visual Semiconductor, Inc.

10. A copy of this Motion has been sent via email to Visual Semiconductor, Inc. at the last known email addresses provided:

mathu.rajan@visualsemi.com

bud.robertson@visualsemi.com

WHEREFORE, Attorney DANIEL JOSEPH RINK, respectfully requests this Honorable Court to relieve Undersigned Counsel from representation consistent with the attached proposed Order.

Respectfully Submitted,

DANIEL JOSEPH RINK
/s/ Daniel Joseph Rink
Daniel Joseph Rink, Esquire
1017 E. 28th Street
Houston, TX 77009
(610) 220-0206
stanrink@aol.com
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2025, I served a true and correct copy of the foregoing Notice of Retirement from the Practice of Law upon all counsel of record and interested parties via ECF electronic service and/or first-class mail, in accordance with the applicable Rules of Court.

/s/ DANIEL JOSEPH RINK

Daniel Joseph Rink, Esquire