## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on October 14, 2025, with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary. In addition, the foregoing was served on the parties below via electronic mail.

Daniel Joseph Rink
1017 E. 28th Street
Houston, TX 77009
610-220-0206
Email: dan.rink@visualsemi.com

Matthew B Weisberg
Weisberg Law
7 South Morton Avenue
Morton, PA 19070
610-690-0801
Fax : 610-690-0880
Email: mweisberg@weisberglawoffices.com
*Counsel for Plaintiff Visual Semiconductor, Inc.*

Steven M. Coren, Esquire
Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
scoren@kcr-law.com

Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com
edmond.george@obermayer.com
*Counsel to the Chapter 11 Trustee*

Andrew Peter Demarco
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
302-449-9010
Fax : 302-353-4251
Email: ademarco@devlinlawfirm.com
*Counsel for Defendant Rembrandt 3D Holding, Ltd.*

Steven Caponi
K&L Gates
600 N King Street
Suite 901
Wilmington, DE 19801
302-416-7080
steven.caponi@klgates.com
*Counsel for Defendant Shadron L. Stastney*

Margaret R. Westbrook
Jonathan N. Edel
Aaron S. Rothman
K&L Gates
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
margaret.westbrook@klgates.com
jon.edel@klgates.com
aaron.rothman@klgates.com
*Counsel for Defendants Hawk Investment Holdings Ltd. and Arthur Morton*

*/s/ Joseph O. Larkin*
Joseph O. Larkin