# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>　　　Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.;<br>WILLIAM A. HOMONY, INDIVIDUALLY<br>(AS ULTRA VIRES), AND, AS JOHN DOE 2,<br>IN HIS OFFICIAL CAPACITY AS TRUSTEE;<br>AND JOHN DOES (MORE FULLY SET<br>FORTH BELOW)<br><br><br>　　　Defendants | Chapter 11<br><br><br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br><br>**Adversary Proceeding** |

## ORDER

**AND NOW** this ____ day of ____, 2025, upon consideration of Plaintiff, Visual Semiconductor, Inc.'s Motion for Enlargement, and any response thereto, it is hereby **ORDERED** and **DECREED** that Motion is **GRANTED**:

1. Weisberg Law Counsel's Motion to Withdraw as Counsel hearing (and related deadline to respond) is continued to _____ day of _____ 2025; and

2. Plaintiff's deadline to respond or otherwise amend over to Defendants Motion to Dismiss is enlarged to expires on November 18, 2025.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Derek J. Baker**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>    Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.;<br>WILLIAM A. HOMONY, INDIVIDUALLY<br>(AS ULTRA VIRES), AND, AS JOHN DOE 2,<br>IN HIS OFFICIAL CAPACITY AS TRUSTEE;<br>AND JOHN DOES (MORE FULLY SET<br>FORTH BELOW)<br><br><br>    Defendants | Chapter 11<br><br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br><br>**Adversary Proceeding** |

## WEISBERG LAW COUNSELS' MOTION TO CONTINUE HEARING SUR MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF WITH PLAINTIFF'S CROSS-MOTION FOR ENLARGEMENT OF TIME TO AMEND OR OTHERWISE RESPOND TO DEFENDANTS' MOTIONS TO DIMISS PLAINTIFF'S AMENDED COMPLAINT

1. This evidently complex, multi-count adversary proceeding arises out of a complaint against various parties filed by now resigning/withdrawing counsel for plaintiff, Visual Semiconductor, Inc.: Dan Rink, Esq.

2. The hearing upon Attorney Rink resignation/withdraw is set for: November 4, 2025.

3. Under separate cover, additional counsel to Visual Semiconductor, Inc -Weisberg Law- has separately moved to withdraw as counsel in this adversary.

4. Pending are Defendants' Motions to Dismiss the amended adversary.

5. Subject to privilege(s): counsel desires to further amend the adversary; the putative second amended adversary would be subject to Visual Semiconductor, Inc.'s approval.

6. Given the foregoing potential attorney-client *potential* conflict, among other reasons, counsel respectfully requests the November 4 hearing upon counsel's motion to withdraw be continued at least 14-days (subject to this Honorable Court's availability).

7. Likewise, given the motion to withdraw hearing(s), counsel on behalf of Visual Semiconductor, Inc.'s requested of Motion to Dismiss movants-defendants 14-day extension from the November 4 hearing. Defendants agreed. Counsel circulated a proposed stipulation to plead over or otherwise oppose.

8. Now, Movants-Defendants refuse to execute the stipulation (which would be subject to this Court's approval). Indeed, FRCP 15 may grant Plaintiff leave to amend as of right.

9. In light of all the foregoing, Plaintiff respectfully requests 14-days from entry of the proposed order within which to amend or otherwise respond in opposition to Defendants' Motions to Dismiss.

WHEREFORE, counsel to Plaintiff, Visual Semiconductor, Inc -Weisberg Law- respectfully requests the November 4, 2025, withdrawal hearing be adjourned 14-days or as practicable with this Honorable Court. Plaintiff respectfully additionally requests 14-days from entry of the proposed order within which to respond or plead over to the first amended complaint.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
*Attorney for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>    Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW)<br><br><br>    Defendants | Chapter 11<br><br><br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br><br>**Adversary Proceeding** |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 3rd day of November 2025, a true and correct copy of the foregoing Stipulation was served via e-filing on all counsel of record:

STEVEN M. COREN
Coren & Ress, P.C.
2001 Market Street
Two Commerce Square, Suite 3900
Philadelphia, PA 19103
scoren@kcr-law.com

ANDREW PETER DEMARCO
Devlin Law Firm, LLC
1526 Gilpin Avenue
Wilmington, DE 19806
ademarco@devlinlawfirm.com

JOSEPH OLIVER LARKIN
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street
Suite 7th Floor
Wilmington, DE 19801
Joseph.larkin@skadden.com

DANIEL JOSEPH RINK
1017 E. 28th Street
Houston, TX 77009
Dan.rink@visualsemi.com

                                                **WEISBERG LAW**

                                                */s/ Matthew B. Weisberg*
                                                Matthew B. Weisberg, Esquire
                                                L. Anthony DiJiacomo, III, Esq.
                                                *Attorneys for Plaintiff*