UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Stream TV Networks, Inc. et al.,[1]
Jointly Administered
Debtors

VISUAL SEMICONDUCTOR, INC.

Plaintiff

v.
REMBRANDT 3D HOLDING, LTD.;
STEPHEN K. BLUMENTHAL; STREAM
TV NETWORKS, INC.; WILLIAM A.
HOMONY, IN HIS OFFICIAL CAPACITY
AS TRUSTEE AND INDIVIDUALLY (AS
ULTRA VIRES); SEECUBIC, INC.;
SHADRON L. STASTNEY; HAWK
INVESTMENT HOLDINGS LIMITED;
ARTHUR LEONARD ROBERT
MORTON; AND SEECUBIC B.V.

Defendants

Chapter 11
Bky No. 23-10763 (DJB) [1]
Adv. No. 25-00197 (DJB)

**ORDER**

AND NOW, this ____ day of _____ 2025, upon consideration Visual

Semiconductor, Inc.'s Counsel's Expedited Motion to Withdraw as Counsel with Immediate

Effect, and any response thereto, it is hereby ORDERED and DECREED that Counsel's Motion

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

Is GRANTED, and the Clerk shall mark Plaintiffs' Counsel's – DANIEL JOSEPH RINK – representation as TERMINATED.

This action is immediate from the date of entry of this Order.

BY THE COURT:  *[signature]*

_____

Hon. Derek J. Baker U.S.D.J.

**Date: November 5, 2025**