# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.  Plaintiff  v.  REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW)  Defendants | Chapter 11  Bky. Case No. 25- 00197 (DJB)  (Jointly Administered)  **Adversary Proceeding** |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Plaintiff, Visual Semiconductor, Inc. (VSI), Motion to Stay, et al, and any Response thereto, it is hereby **ORDERED** and **DECREED** Visual Semiconductor Inc.'s Motion is **GRANTED**, and this matter is **STAYED**.

**AND IT IS SO ORDERED.**

_____
**Honorable Derek J. Baker**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC. | Chapter 11 |
| Plaintiff | |
| v. | Bky. Case No. 25- 00197 (DJB) |
| REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW) | (Jointly Administered)  **Adversary Proceeding** |
| Defendants | |

### OMNIBUS MOTION TO STAY, OR, IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO DISMISS ADVERSARY AMENDED COMPLAINT WITH CROSS-MOTION FOR LEAVE TO AMEND (IF AMENDEDMENT IS WARRANTED)

1. Pending before this Honorable Court is Defendants, Trustee, et al. (Movants), Motions to Dismiss Plaintiff, Visual Semiconductor, Inc. (VSI) First Amended Complaint (FAC).

2. At our prior hearing in this matter, undersigned Visual Semiconductor, Inc. 's counsel withdrew his motion to withdraw as counsel, without prejudice granted.

3. Likewise, at that hearing, FAC's counsel, Dan Rink, Esq., was separately granted leave to withdraw and retire.

4. Undersigned counsel's motion to withdraw contained a cross-motion to stay; while not adjudicated, movants graciously confirmed agreement to a 14-day extension therefrom to respond to the motions to dismiss-but objected to any motion to amend (if amendment is warranted).

5. During the above period, this Honorable Court entered its Order and Opinion sur motion for 9019 settlement-on appeal by VSI.

6. In the meantime, undersigned counsel has not substantively heard from Visual Semiconductor, Inc., (except very succinctly regarding the appeal)-which relative non-communication is very uncommon.  If continues, counsel will have no choice but to move to withdraw again.
7. According to FRCP 15, amendment may be had for VSI as of right, or, in the alternative, liberally granted.
8. Likewise, FRCP 6 allows enlargement of time for good cause.
9. In light of the complexity of movants' motions, the interim Court's Order (and appeal), and ongoing client difficulty, among other reasons described, Visual Semiconductor, Inc., respectfully requests stay, or, in the alternative, enlargement of 21-days from denial of stay to respond to movants' motions to dismiss or otherwise amend the FAC (if warranted).

WHEREFORE, Motion to Dismiss Respondent-Plaintiff, Visual Semiconductor, Inc., respectfully requests this Honorable Court stay the within action, or, in the alternative, grant enlargement of 21-days from denial of stay to respond to motion to dismiss movants-defendants, Trustee, et al, motions or further amend the first amended adversary complaint.

A notice of instant motion's listing will follow-after (hopefully) counsel's communication with Visual Semiconductor, Inc.

If warranted, and stay is denied, a proposed second amended adversary complaint will follow.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
*Attorney for Plaintiff*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>    Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.;<br>WILLIAM A. HOMONY, INDIVIDUALLY<br>(AS ULTRA VIRES), AND, AS JOHN DOE 2,<br>IN HIS OFFICIAL CAPACITY AS TRUSTEE;<br>AND JOHN DOES (MORE FULLY SET<br>FORTH BELOW)<br><br><br>    Defendants | Chapter 11<br><br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br><br>**Adversary Proceeding** |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 17th day of November 2025, a true and correct copy of the foregoing Motion was served via e-filing on all counsel of record:

STEVEN M. COREN
Coren & Ress, P.C.
2001 Market Street
Two Commerce Square, Suite 3900
Philadelphia, PA 19103
scoren@kcr-law.com

ANDREW PETER DEMARCO
Devlin Law Firm, LLC
1526 Gilpin Avenue
Wilmington, DE 19806
ademarco@devlinlawfirm.com

JOSEPH OLIVER LARKIN
Skadden, Arps, Slate, Meagher & Flom LLP

920 N. King Street
Suite 7th Floor
Wilmington, DE 19801
Joseph.larkin@skadden.com

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esq.
*Attorneys for Plaintiff*