**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>    Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW)<br><br><br>    Defendants | Chapter 11<br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br><br>**Adversary Proceeding** |

## ORDER

**AND NOW**, this 11th day of December, 2025, upon consideration of Plaintiff, Visual Semiconductor, Inc. Omnibus Motion To Stay, or, In the Alternative, for Enlargement of Time to Respond to Motions to Dismiss Adversary Amended Complaint With Cross-Motion for Leave to Amend (If Amendment is Warranted) [Dkt No. 23] filed November 17, 2025 (the "Motion") seeking a stay and/or a 21 day extension of time to respond to previously filed pleadings [Dkt. Nos. 13 & 16], and 21 days having elapsed since the filing of the Motion, the Court finds that the basis plead for the Motion (i.e., the need for additional time for consultation with the client) having occurred as a result of the passage of time, the Motion is **DENIED**.

_____
**Honorable Derek J. Baker**