UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br>    Plaintiff<br>v.<br>REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW)<br><br>    Defendants | Chapter 11<br><br>Bky. Case No. 25-00197 (DJB)<br>(Jointly Administered)<br><br>**Adversary Proceeding** |

## NOTICE OF MOTION FOR RECONSIDERATION

Weisberg Law through Matthew Weisberg, Esq., has filed papers with the court to grant reconsideration denying the motion for stay regarding defendants motion to dismiss plaintiff's adversary complaint.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant this motion or if you want the court to consider your views on the motion then on or before December 29, 2025, you or your attorney must:

File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

>Clerk of Court, Mohung Wong
>United States Bankruptcy Court
>Eastern District of Pennsylvania
>Robert N.C. Nix, Sr., Federal Building and Courthouse
>900 Market Street, Suite 400
>Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

MATTHEW WEISBERG
Weisberg Law
7. South Morton Avenue
Morton, PA 19070

STEVEN M. COREN
Coren & Ress, P.C.
2001 Market Street
Two Commerce Square, Suite 3900
Philadelphia, PA 19103

ANDREW PETER DEMARCO
Devlin Law Firm, LLC
1526 Gilpin Avenue
Wilmington, DE 19806

JOSEPH OLIVER LARKIN
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street
Suite 7th Floor
Wilmington, DE 19801

DANIEL JOSEPH RINK
1017 E. 28th Street
Houston, TX 77009

Attend the hearing scheduled to be held on January 13, 2026, at 1 p.m. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: December 16, 2025        Signature: */s/ Matthew Weisberg*
                               Name: Matthew Weisberg, Esq.
                               Address: 7 S. Morton Ave
                                Morton, PA 19070