**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| VISUAL SEMICODUCTOR, INC. | Chapter 11 |
|     Plaintiff | |
| v. | Bky. Case No. 25-00197 (DJB) |
| REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW) | (Jointly Administered) |
| | **Adversary Proceeding** |
|     Defendants | |

## PLAINTIFF NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY WITHOUT PREJUDICE

TO THE CLERK:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), kindly dismiss this case, without prejudice. This notice moots counsel's Motion to Withdraw as Counsel to Adversary Plaintiff.

**Weisberg Law**

*/s/ Matthew Weisberg, Esq.*
*Counsel for Plaintiff, Visual Semiconductor,Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| VISUAL SEMICODUCTOR, INC. | Chapter 11 |
|      Plaintiff | |
| v. | Bky. Case No. 25- 00197 (DJB) |
| REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW) | (Jointly Administered)

**Adversary Proceeding** |
|      Defendants | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 29th day of January 2026 a true and correct copy of the foregoing Notice was served via e-filing on all counsel of record:

STEVEN M. COREN
Coren & Ress, P.C.
2001 Market Street
Two Commerce Square, Suite 3900
Philadelphia, PA 19103
scoren@kcr-law.com

ANDREW PETER DEMARCO
Devlin Law Firm, LLC
1526 Gilpin Avenue
Wilmington, DE 19806
ademarco@devlinlawfirm.com

JOSEPH OLIVER LARKIN
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street
Suite 7th Floor
Wilmington, DE 19801
Joseph.larkin@skadden.com

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
*Counsel for Plaintiff, Visual
Semiconductor,Inc.*