# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VISUAL SEMICODUCTOR, INC. | Chapter 11 |
|     Plaintiff | |
| v. | Bky. Case No. 25-00197 (DJB) |
| REMBRANDT 3D HOLDING, LTD.; WILLIAM A. HOMONY, INDIVIDUALLY (AS ULTRA VIRES), AND, AS JOHN DOE 2, IN HIS OFFICIAL CAPACITY AS TRUSTEE; AND JOHN DOES (MORE FULLY SET FORTH BELOW) | (Jointly Administered) |
| | **Adversary Proceeding** |
|     Defendants | |

## NOTICE OF UNREPRESENTED PARTIES ADDRESSES

TO THE CLERK:

PLEASE TAKE NOTICE that the following parties are not represented by counsel and

may be served at the addresses listed below:

Visual Semiconductor, Inc.
30 N. Gould Street, Suite R.
Sheridan, WY 82801.


Mathu Rajan, Jeeva Rajan and Rajan Rajan
1105 William Penn Drive
Bensalem, PA 19020


**Weisberg Law**

*/s/ Matthew Weisberg, Esq.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VISUAL SEMICODUCTOR, INC.<br><br>     Plaintiff<br><br>v.<br><br>REMBRANDT 3D HOLDING, LTD.;<br>WILLIAM A. HOMONY, INDIVIDUALLY<br>(AS ULTRA VIRES), AND, AS JOHN DOE 2,<br>IN HIS OFFICIAL CAPACITY AS TRUSTEE;<br>AND JOHN DOES (MORE FULLY SET<br>FORTH BELOW)<br><br><br>     Defendants | Chapter 11<br><br><br>Bky. Case No. 25- 00197 (DJB)<br><br>(Jointly Administered)<br><br><br>**Adversary Proceeding** |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 17th day of February 2026 a true and correct copy of the foregoing Notice was served via e-filing on all counsel of record and regular mail upon the pro se parties below:

Visual Semiconductor, Inc.
30 N. Gould Street, Suite R.
Sheridan, WY 82801.


Mathu Rajan, Jeeva Rajan and Rajan Rajan
1105 William Penn Drive
Bensalem, PA 19020


**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire